5/1/23

US District Court
Eastern District of New York (Brooklyn)
CIVIL Docket For Case #: 1:23-cv-01686-CBA-MMH

To judge Carol Bagley Amon and judge Marcia M. Henry,

I am requesting to remove my name out of this case as I was never served, nor did I hear about this case except through advertisement sent to my mother. The notice of service was sent to a lady in her 50's, I am 22. I am light skin, not brown, Brown hair, not gray, I do not personally know the people filing the complaint against me. I am a college student who has never worked at this address, 1193 Fulton Street. Nonetheless, I have no connection to this case.

Thank you, Farah Abozeid

My address:
50 Exeter Street,
Brooklyn, New York.
11235

RECEIVED MAY 01 2023 PRO SE OFFICE

ORIGINAL

Case 1:23-cv-01686-CBA-MMH   Document 8   Filed 03/19/23   Page 1 of 1 PageID #: 25   Job #: 1528146

**UNITED STATES DISTRICT COURT**
**STATE OF NEW YORK, EASTERN DISTRICT**
Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

| | |
|---|---|
| MIGUEL PERDOMO, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs<br><br>SAFAA IMPORT, INC., AND FARAH REDA ABOUZEID<br><br>*Plaintiff*<br><br>*Defendant* | Index Number: 1:23-CV-01686-CBA-MM<br><br>Client's File No.: perdomo vs. safaa<br><br>Court Date:<br><br>Date Filed: 03/09/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
DAINON WARD, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 3/14/2023, at 2:30 PM at: **1193 FULTON STREET, BROOKLYN, NY 11216** Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT, CIVIL COVER SHEET**

On: **FARAH REDA ABOUZEID**, Defendant therein named.

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to Maha Shanab (Co-Worker) a person of suitable age and discretion. Said premises is recipient's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Brown | Color of hair: Black/Gray | Glasses: |
|---|---|---|---|
| Age: 36-50 | Height: 5ft 9in - 6ft 0in | Weight: 161-200 Lbs. | Other Features: |

☒ **#3 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#4 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#5 OTHER**

☒ **#6 MAILING**
On 03/15/2023 deponent enclosed a copy of same in a postpaid envelope properly addressed to FARAH REDA ABOUZEID at 1193 FULTON STREET, BROOKLYN, NY 11216 [] Actual Place of Residence [X] Actual Place of Business, and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 03/15/2023

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

DAINON WARD
DCA License # 2079049



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*