United States District Court
State of New York, Eastern district
Civil docket for Case # 1-23-cv-01686
To                              CBA MMH
Judge: (Carol Bagley Amon)
: Marcia M. Henry.

I'm Safaa Ahmed general manager for Sfaa Imports located at 1193 Fulton, I never served for this case in the right way, I know only through advertisement came from lawyer please I need time to hire lawyer can defend my company in this case and stop the default judgment.

Thank you,

Safaa Ahmed

May, 1st 2023