**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

Miguel Perdomo, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                                                   *Plaintiff*,

-*against*-

Safaa Import, Inc., and Safaa Ahmed,

                                                *Defendants*.

-------------------------------------------------------------------X

Case No.: 23-cv-01686

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Miguel Perdomo (the "Plaintiff") and Defendants Safaa Import, Inc., and Safaa Ahmed (the "Defendants") that the parties' Fair Labor Standards Act Settlement and Release Agreement ("Agreement") having been found to constitute a fair and reasonable compromise of a *bona fide* dispute, this action is dismissed, with prejudice, in its entirety and with no award of attorneys' fees, costs or disbursements to Plaintiff or Defendants by the Court. Pursuant to the terms of the Agreement, the Court retains jurisdiction over disputes between the parties for purposes of enforcement of the settlement.

**[Remainder of Page Intentionally Blank]**

**[Signature Page to Follow]**

| | |
|---|---|
| LEVIN-EPSTEIN & ASSOCIATES, PLLC | SAFAA IMPORT, INC. |
| By: /s/ Jason Mizrahi<br>Jason Mizrahi, Esq.<br>60 East 42nd Street, Suite 4700<br>New York, NY 10165<br>Tel. No. (212) 792-0048<br>*Attorneys for Plaintiff* | By: _____<br>Safaa Ahmed<br>1193 Fulton Street<br>Brooklyn, NY 11216<br>Tel. No.: (929) 290-3739<br>Email: drsafaa2009@gmail.com |
| Dated: September 16, 2024 | Dated: _____, 2024 |

SAFAA AHMED

_____
Safaa Ahmed
1193 Fulton Street
Brooklyn, NY 11216
Tel. No.: (929) 290-3739
Email: drsafaa2009@gmail.com

Dated: _____, 2024

Dated: _____, 2024

SO ORDERED THIS ____ DAY OF_____, 2024.

_____
United States District Judge

| | |
|---|---|
| LEVIN-EPSTEIN & ASSOCIATES, PLLC | SAFAA IMPORT, INC. |
| By: _____ | By: _____ |
| Jason Mizrahi, Esq. | Safaa Ahmed |
| 60 East 42nd Street, Suite 4700 | 1193 Fulton Street |
| New York, NY 10165 | Brooklyn, NY 11216 |
| Tel. No. (212) 792-0048 | Tel. No.: (929) 290-3739 |
| *Attorneys for Plaintiff* | Email: drsafaa2009@gmail.com |
| Dated: September 16, 2024 | Dated: 9/18, 2024 |

SAFAA AHMED

_____
Safaa Ahmed
1193 Fulton Street
Brooklyn, NY 11216
Tel. No.: (929) 290-3739
Email: drsafaa2009@gmail.com

Dated: 9/18, 2024

Dated: 9/18, 2024

SO ORDERED THIS 18 DAY OF 9, 2024.

_____
United States District Judge

ALEX NOSKOV
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NO6414260
Qualified in New York County
Commission Expires February 16, 20__